UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Edward Green
    Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-cr- 00007 (VB)

Defendant Edward Green hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

*(During a phonecall on December 28, 2020, Mr. Green authorized Benjamin Gold to electronically sign this form)*

_Edward Green_                                           _Ben G_
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Edward Green                                       Benjamin Gold
Print Defendant's Name                      Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/7/21
Date                                                       U.S. District Judge/U.S. Magistrate Judge