```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :       ORDER
v.                                          :
                                            :       21 CR 7 (VB)
EDWARD GREEN,                               :
                        Defendant.          :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-15-21

**A change of plea hearing in this case is scheduled for January 21, 2021, at 11:00 a.m., for the purpose of the entry of a guilty plea.**

The Court expects to conduct the guilty plea proceeding by videoconference (or by telephone conference if videoconferencing is not reasonably available), <u>provided</u> that by January 19, 2021, defense counsel submits a letter and/or consent form stating that defendant consents to proceed remotely after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. The Court will arrange for the guilty plea proceeding to proceed by videoconference (or by telephone conference if videoconferencing is not reasonably available). The proceeding will be conducted through CourtCall. In advance of the proceeding, Chambers will email all counsel with further information on how to access the conference. Those participating by video will be provided a link to be pasted into their web browser. **The link is non-transferrable and can be used by only one person; further, it should be used only at the time of the conference because using it earlier could result in disruptions to other proceedings.** To optimize the quality of the video feed, only the Court, defendant, defense counsel, and counsel for the government will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the CourtCall system, only one counsel per party may participate. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 855-268-7844 and using access code 32091812# and PIN 9921299#.

2. To optimize use of the CourtCall technology, all those participating by video should:
   a. Use the most recent version of Firefox, Chrome, or Safari as the web browser. Do **not** use Internet Explorer.

   b. Use hard-wired internet or WiFi. If using WiFi, the device should be positioned as close to the Wi-Fi router as possible to ensure a strong signal. (Weak signals may cause delays or dropped feeds.)

   c. Minimize the number of others using the same WiFi router during the conference.

3.  If CourtCall does not work well enough and the Court decides to transition to its teleconference line, counsel and defendant should call **(888) 363-4749 (toll free)** <u>or</u> **(215) 446-3662** and use Access Code **1703567**.  (Members of the press and public may call the same number but will not be permitted to speak during the conference.)

Dated:  January 14, 2021
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge