March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Edward Green         ,
                    Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__21__ -CR- __7__ (VB) (__)

Defendant __Edward Green__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

**X** Plea

*Edward Green (by VB)*
_____
Edward Green
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Edward Green
_____
Print Defendant's Name

*Ben G*
_____
Defense Counsel's Signature

Benjamin Gold
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/21/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge