UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____US_____,
   Plaintiff(s),

v.

__Edward Green__
   Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__21 CR 7__ (VB)

___ PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/ (re-scheduled) for:

___ Status conference            ___ Final pretrial conference

___ Telephone conference         ___ Jury selection and trial

___ Pre-motion conference        ___ Bench trial

___ Settlement conference        ___ Suppression hearing

___ Oral argument                ___ Plea hearing

___ Bench ruling on motion       ✓ Sentencing

on __6-9-__, 20__21__, at __2:45 PM__ in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __4/30/21__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __4-14-__, 20 __21__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge